CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2571 25, ADDRESSED TO RYAN PARENT, 249 CREST RD, NOVATO, CA 94945 | Case No. 2:20-mj-1114-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2583 37, ADDRESSED TO SPENCER GIETZEN, 450 CENTRAL WAY UNIT 2403, KIRKLAND, WA 98033 | Case No. 2:20-mj-1115-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING | Case No. 2:20-mj-1116-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| NUMBER 9114 9023 0722 4923 2582 76, ADDRESSED TO ANDREAS OSTI, 130 HEMPSTEAD AVE APT 401, WEST HEMPSTEAD, NY 11552-2156 | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2584 12, ADDRESSED TO ALEJANDRO RUIZ, 1681 CROCKER RD, RANDOLPH CENTER, VT 05061 | Case No. 2:20-mj-1117-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00094-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00209-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00326-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton, Susan Cushman, and Daniel Clarkson, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to

UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00190-APG-EJY.

**DATED** this 1st of December, 2021.

                                            Respectfully,

                                            CHRISTOPHER CHIOU
                                            Acting United States Attorney

                                                    */ s / Kimberly Sokolich*
                                            _____
                                            KIMBERLY SOKOLICH
                                            CHRISTOPHER BURTON
                                            Assistant United States Attorneys

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2571 25, ADDRESSED TO RYAN PARENT, 249 CREST RD, NOVATO, CA 94945 | Case No. 2:20-mj-1114-BNW<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2583 37, ADDRESSED TO SPENCER GIETZEN, 450 CENTRAL WAY UNIT 2403, KIRKLAND, WA 98033 | Case No. 2:20-mj-1115-BNW<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING | Case No. 2:20-mj-1116-BNW<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| NUMBER 9114 9023 0722 4923 2582 76, ADDRESSED TO ANDREAS OSTI, 130 HEMPSTEAD AVE APT 401, WEST HEMPSTEAD, NY 11552-2156 | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2584 12, ADDRESSED TO ALEJANDRO RUIZ, 1681 CROCKER RD, RANDOLPH CENTER, VT 05061 | Case No. 2:20-mj-1117-BNW<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE TRACKING OF: A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00094-BNW<br><br>**ORDER TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00209-BNW<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE CONTINUED TRACKING OF: A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00326-BNW<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED: 12/6/2021

_____
UNITED STATES MAGISTRATE JUDGE